IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EDWIN HART TURNER                                                PETITIONER

v.                                                                                No. 4:07CV77-P

CHRISTOPHER EPPS, ET AL.                                 RESPONDENTS

## ORDER

Presently before the Court is Petitioner's "Second Motion to Require the Mississippi State Penitentiary at Parchman to Give Expert Access to Petitioner for Purposes of Examination, and for Extension of Time Within Which to Complete Examination and File Brief of Petitioner."[1] On January 4, 2008, this Court granted Petitioner's motion to require the Mississippi State Penitentiary to give Dr. Marc Zimmermann access to Petitioner for purposes of completing psychological testing. On January 16, 2008, this Court granted Petitioner's motion for an extension of time within which to file his brief in support of his petition for habeas corpus filed in this cause. The instant motion asserts that Dr. Zimmermann was unable to complete his examination in one day, and Petitioner requests that an order be entered that allows Dr. Zimmermann access to Petitioner on February 15, 2008, for purposes of completing his examination. Due to Petitioner's need to have Dr. Zimmerman's report prior to submitting his brief in support of the petition for writ of habeas corpus, Petitioner also requests this Court grant an extension of time within which to file his brief. Upon due consideration, the Court finds Petitioner's motion well-taken and **GRANTED** as follows:

---

[1] Docket entry no. 20. Petitioner has filed an identical motion as docket entry no. 21.

1. Dr. Marc Zimmermann shall be authorized to have a contact visit with Edwin Hart Turner on or about February 15, 2008, for purposes of completing Petitioner's psychological evaluation.

2. Petitioner shall have up to an including March 28, 2008, to submit his brief in support of the petition for writ of habeas corpus filed in this cause.

**SO ORDERED** this the 7th day of February, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE