IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EDWIN HART TURNER                                                                  PETITIONER

v.                                                                                           No. 4:07CV77-WAP

CHRISTOPHER EPPS, ET AL.                                                      RESPONDENTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today in the above-referenced cause, all relief requested in Petitioner's Petition for Writ of Habeas Corpus is hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 19th day of February, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE